United States district court Eastern District of louisiana

| | |
|---|---|
| Ervinyone Miller | CIIVIL ACTON |
| Plaintiff | NO. 23-01228 |
| Vs | SECT.    MAG. |
| Tamia Carter | |
| Defendant | SECT. R MAG. 1 |

### Motion to complaint

Chapter 39 title 18

§ 3921 Theft by unlawful taking.
**Movable property.** A person is guilty of theft if he unlawfully takes, or exercises unlawfully, movable property of another with intent to DEPRIVE him of it.
A person is guilty of **theft** if he intentionally receives, retains, or disposes of movable property of another knowing that it has been **stolen**.
Flo Mill stole my property in hopes of gaining fame and fortune.

To fix this I would like a reward of $100,000. If tamia steals another son I woud like $3 million. And if she steals anything I create I would like $3 million. I would also like a restraining order.

Ervinyone Miller
3111 Joliet st.
New orleans LA
70118

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___